

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 11, 2025

**By ECF**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:     *Convenient Grab & Go Corp. v. United States,* 25 CV 7361 (KPF)

Dear Judge Failla:

In this declaratory judgment action, Plaintiff challenges the decision of the United States Department of Agriculture, Food and Nutrition Service to temporarily disqualify it from participating in the Supplemental Nutrition Assistance Program. I write to advise the Court that the parties have agreed to settle the matter in principle and are in the process of finalizing the agreement. Accordingly, the parties jointly and respectfully request that the initial conference scheduled for December 19 be adjourned.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/  Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2693
E-mail: brandon.cowart@usdoj.gov

cc: Plaintiff's counsel (by ECF)

Application GRANTED.

The initial pretrial conference currently scheduled for December 19, 2025, is hereby ADJOURNED *sine die*.  In the event that the parties do not settle, the Court will reschedule the conference.  The parties are directed to provide a status update to the Court on settlement discussions on or before **January 30, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry eight.

Dated:    December 12, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE